■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL KYPRI, Appellant. [50 NYS3d 308]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Griffin, J.), rendered April 13, 2015, convicting him of robbery in the first degree, robbery in the second degree, and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of robbery in the first degree and robbery in the second degree beyond a reasonable doubt. Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt on those counts was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348 [2007]; *People v Romero*, 7 NY3d 633 [2006]). The defendant's contention that the verdict was inconsistent and, thus, against the weight of the evidence, is without merit (*cf. People v Lindsey*,

52 AD3d 527 [2008]). Chambers, J.P., Hall, Maltese and Brathwaite Nelson, JJ., concur.